

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2016

No. 04-15-00633-CV

**LSREF2 COBALT (TX), LLC**,
Appellant

v.

**410 CENTRE, LLC**, and John B. Urbahns,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI20922
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The above appeal is set for submission and oral arguments on June 14, 2016, before the following panel: Justice Karen Angelini, Justice Rebeca C. Martinez and Justice Jason Patricia O. Alvarez. This order is to inform all parties and their counsel that the panel has changed to the following: Justice Karen Angelini, Justice Patricia O. Alvarez and Justice Jason Pulliam.

It is so ORDERED on June 10th, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court